James Aquilina, Respondent, v. Ambrose J. Schweers and Percival O. Smith, Copartners, etc., Appellants.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Anthony Antonello, Petitioner, for an Order of Reinstatement, against William F. Carey, Commissioner of Sanitation of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Miller Thorne, Respondent, v. Arthur M. Forrest, Appellant.—- Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the judgment of $9,000 awarded in plaintiff's favor by the trial court is against the weight of the credible evidence and grossly excessive. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

William W. Cohen, Respondent, v. Naphen & Co., Inc., and George F. Naphen, Appellants.— Order unanimously modified by providing that the assessment of damages take place before the court and a jury unless the parties stipulate for a reference, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Knickerbocker Village, Inc., Petitioner, Respondent, against William Reid, as City Collector of The City of New York, Joseph D. McGoldrick, as Comptroller of The City of New York, and The City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Franklin Surety Company and The State Superintendent of Insurance, as Liquidator of Franklin Surety Company, Appellants, v. United States Fidelity & Guaranty Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Sophie Trust and Michael Trust, Appellants, v. The City of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Daniel Feder, Respondent, v. Norman Furman, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Jack Schwartz, Petitioner, Respondent, for an Order against New 14th Street Theatre, Inc., etc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Ralph Bernstein, etc., Appellant, v. Morris Markin and Others, Respondents, Impleaded with Others, Defendants.— Order entered November 26, 1938, so far as appealed from, and order entered December 30, 1938, unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.